IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE and wife, JANE DOE, individually, minor MARY DOE, individually and b/n/f JOHN DOE and wife, JANE DOE, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 3:09-CV-0174 ) JURY DEMANDED |
| RUTHERFORD COUNTY BOARD OF EDUCATION, BRANDON STOVER, JOE DANIEL BOND, individually and as agent for RUTHERFORD COUNTY BOARD OF EDUCATION, JODY LYNN BOND, individually and as agent for RUTHERFORD COUNTY BOARD OF EDUCATION, and any other unknown owners of the bus, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

It appearing to the Court from the signatures of counsel below that each are in agreement that the Plaintiffs will be voluntarily non-suiting their case:

The Defendants, by the signatures of their counsel, hereby acknowledge and consent that they were properly served with process and were provided proper notice of the lawsuit and were provided with proper notice of this voluntarily dismissal. The dismissal being taken by the Plaintiffs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is therefore **ORDERED, ADJUDGED and DECREED** that the Plaintiffs claims against the Defendants shall be voluntarily dismissed without prejudice;

It is further **ORDERED, ADJUDGED and DECREED** that this dismissal shall not be considered an adjudication on the merits;

It is further **ORDERED, ADJUDGED and DECREED** that the costs of this cause shall be paid for by the Plaintiffs, for which execution may issue if necessary.

All other matters are reserved.

ENTER this the _____ day of _____, 2009.

_____
JUDGE

**APPROVED FOR ENTRY:**


/s/ Jay B. Jackson_____
JAY B. JACKSON, BPR #016745
Attorney for Plaintiff
MITCHELL & MITHCELL
106 East College Street
Post Office Box 1336
Murfreesboro, Tennessee  37130
 (615) 896-4211

/s/ Roger W. Hudson by Jay B. Jackson with Permission
ROGER W. HUDSON, BPR #007014
Attorneys for Defendants Rutherford County & Bond
16 Public Square North
Post Office Box 884
Murfreesboro, TN  37133-0084
(615) 893-5522

/s/ Christopher Holder by Jay B. Jackson with permission
CHRISTOPHER HOLDER, BPR #022847
Attorney for Defendant Stover
503 North Maple Street
Murfreesboro, TN  37130
(615) 895-5566