UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00174 |
| | ) | JUDGE CAMPBELL |
| JUSTIN S. EASLEY | ) | |

ORDER

Pending before the Court is a letter dated January 12, 2012 (Docket No. 61), filed by the Defendant Justin S. Easley, pro se. The Government shall file a response to the letter on or before February 6, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE